IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　　　v.<br><br>BARBARA EBERLE,<br><br>　　　　Defendant and Judgment Debtor. | Case No.: 2:18MC00007-GEB-KJN<br><br>FINAL ORDER OF GARNISHMENT (BANK ACCOUNTS) |
| UNITED BANK, A GEORGIA BANKING CORPORATION,<br>(and its Successors and Assignees)<br><br>　　　　Garnishee. | |

　　　　Pending before the Court is the United States' unopposed application for a final order of continuing garnishment (the Application) for the garnishment of defendant Barbara Eberle's non-exempt property and account(s) being held by the Garnishee, United Bank, A Georgia Banking Corporation.

　　　　The Court, finding good cause therefrom, hereby GRANTS the Application based on the following facts:

　　　　1.　　Plaintiff filed an Application for Writ of Continuing Garnishment (Bank Accounts) on January 17, 2018.  DE 1.

　　　　2.　　On the same day, the Clerk issued the Writ of Continuing Garnishment and Plaintiff duly served garnishee, United Bank with the Writ and its attachments.  DE 2 and 3.

FINAL ORDER OF GARNISHMENT
(BANK ACCOUNTS)

1

3. Plaintiff served Eberle with a copy of the Writ of Garnishment and its attachments and notified her and her spouse of their right to object to the Answer and/or claim exemptions on the accounts subject to the garnishment proceeding. DE 5.

4. On January 30, 2018, United Bank served its Answer, stating that at the time of service of the Writ, the Garnishee had custody or possession of Account Number ***2985 with an amount of $11,132.10, in which the Defendant and Judgment Debtor, Barbara Eberle (Eberle) and her spouse, Robert Eberle, maintain an interest. DE 6.

5. Neither Eberle nor her spouse, Robert Eberle, filed a written objection or request for a hearing within twenty (20) days, as set forth in 28 U.S.C. § 3205(c)(5), and no request for a hearing was filed on a claim of exemption, as set forth in 28 U.S.C. § 3014(b)(2).

ACCORDINGLY, pursuant to 28 U.S.C. § 3205(c)(7), the Court hereby ORDERS, ADJUDGES and DECREES as follows:

1. Defendant Barbara Eberle's non-exempt property and account(s) are GARNISHED.

2. The United States is ENTITLED to recover the ten percent (10%) litigation surcharge authorized under 28 U.S.C. § 3011(a) in addition to the unpaid $13,205,474.72 judgment balance.

3. Garnishee United Bank shall MAKE a cashier's check or money order in the amount of $11,132.10, payable to the "Clerk of the Court" within fifteen (15) days of the date this Order is filed. Payment shall be DELIVERED to the Office of the Clerk, United States District Court, Eastern District of California, 501 I Street, Room 4-200, Sacramento, California 95814. United Bank shall also state the criminal docket number (Case No.: 2:07-CR-00366-GEB) on the payment instrument and, if it desires a payment receipt, shall include a self-addressed, stamped envelope with the payment.

4. This is a Final Order of Garnishment, upon payment and processing of the garnished amount as ordered above, this writ shall terminate pursuant to 28 U.S.C. § 3205(c)(10)(B) and the Clerk shall close this case.

IT IS SO ORDERED.

Dated: February 27, 2018

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

FINAL ORDER OF GARNISHMENT
(BANK ACCOUNTS)